**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00278-CV**

_____

**IN THE INTEREST OF S.G.J.**

_____

**On Appeal from the 418th District Court**
**Montgomery County, Texas**
**Trial Cause No. 22-09-12934-CV**

_____

**MEMORANDUM OPINION**

Kelly Maritza McClendon, Appellant, filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). McClendon filed the motion before the Court decided the appeal.

We grant the motion and dismiss the appeal. *See id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on February 14, 2024
Opinion Delivered February 15, 2024

Before Golemon, C.J., Horton and Johnson, JJ.